204 So.2d 575

**STATE of Louisiana**

**v.**

**William P. RYAN.**

**No. 48977.**

Dec. 11, 1967.

Writs refused. The showing made in the application is insufficient to warrant the exercise of our supervisory jurisdiction.